

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission<br><br>**Plaintiff,**<br><br>V.<br><br>Mexicali Chicken & Salads; Does 1-10, Inclusive<br><br>**Defendant.** | Civil Action No. 15-cv-02164-AJB-JMA<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS the EEOC's motion for default judgment. (Doc. No. 9.) The Court awards damages of $27,692.32 comprised of $2592 in back pay, $100.32 in prejudgment interest, and $25,000 in compensatory and punitive damages to Plaintiff. The Clerk of Court is directed to enter judgment for Plaintiff and against Defendant consitant with this order.

Date:   12/29/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ A. Corsello

A. Corsello, Deputy